UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-20254-CIV-UNGARO/O'Sullivan

PEDRO MOYA,

    Plaintiff,

v.

RODRIGUEZ BAKERY EQUIPMENT, INC.
a Florida Corporation, and MARIO RODRIGUEZ,
an individual,

    Defendants.
_____/

## STATEMENT OF CLAIM

COMES NOW the Plaintiff, PEDRO MOYA, by and his undersigned counsel, pursuant to the Order in actions Brough under the Fair Labor Standards Act and files this Statement of Claim and says as follows:

1. Plaintiff, PEDRO MOYA, was employed by Defendants, RODRIGUEZ EQUIPMENT, INC., and MARIO RODRIGUEZ, as an assembler from April 11, 2016 through September 21, 2019.

2. The unpaid overtime period claimed is from January 21, 2018 through September 21, 2019, which is approximately 86 weeks.

3. During that period of time, Plaintiff was paid $12.00 per hour regular time and should have been paid $18.00 of overtime pay.

4. Plaintiff worked approximately 61 hours per week.

5. Plaintiff was paid at the regular rate for the hours worked over 40 per week.

6. At $6.00 (half-time rate) per over time hours times the 21 hours of overtime worked per week, the Plaintiff is owed $126.00 per week.

7. $126.00 over the 86 weeks worked by the Plaintiff, equals to $10,836.00 in unpaid overtime.

8. As the Defendants willfully violated the Fair Labor Standards Act, the Defendants owe Plaintiff a liquidated total of $21,672.00.

Date: March 6, 2020

_____
ELVIS J. ADAN, ESQ.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 6, 2020, the foregoing document was filed with the Clerk of Court by using the CM/ECF system:

GALLARDO LAW OFFICES, P.A.
Attorney for Plaintiff
8492 SW 8th Street
Miami, Florida 33144
Telephone (305) 261-7000
Facsimile (786) 261-0088

By: _____
Elvis J. Adan, Esq.
Florida Bar No. 24223
Email: elvis.adan@gallardolawfirm.com