UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-20254-UU

PEDRO MOYA,

    Plaintiff,

v.

RODRIGUEZ BAKERY EQUIPMENT,
INC., et al.,

    Defendants.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE

THIS CAUSE comes before the Court upon Plaintiff's Notice of Settlement (D.E. 27) (the "Notice") and Chief Magistrate Judge O'Sullivan's Order Approving Settlement Agreement and Recommending that the Case be Dismissed with Prejudice (D.E. 24) (the "Order").

The Court has considered the Notice and Order, the pertinent portions of the record, and is otherwise fully advised in the premises.

On March 25, 2020, the Honorable John J. O'Sullivan, Chief United States Magistrate Judge, issued an order following the settlement conference in this case, which: (1) approved the parties' settlement agreement, including attorney's fees and costs, under the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), pursuant to *Lynn Food Stores v. United States*, 679 F.2d 1350, 1352-1353 (11th Cir. 1982); and (2) recommended that the undersigned dismiss this case with prejudice, while retaining jurisdiction until May 26, 2020, to enforce the terms of the settlement. D.E. 25; D.E. 24.

The Court has made a review of the entire file and record herein and agrees with Chief Magistrate Judge O'Sullivan's recommendation. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation, D.E. 24, is RATIFIED, AFFIRMED and ADOPTED. It is further

ORDERED AND ADJUDGED that this case is DISMISSED WITH PREJUDICE. The Court shall retain jurisdiction until **May 26, 2020** to enforce the terms of the settlement. <u>However, the Court will not enforce any confidentiality provision</u>. It is further

ORDERED AND ADJUDGED that the Clerk of Court SHALL administratively close this case. All future hearings are CANCELLED and all pending motions are DENIED AS MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this _31st_ day of March, 2020.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record